IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
LAFAYETTE DIVISION

| | |
|---|---|
| MYRON MOREHOUSE and AMY MOREHOUSE, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 4:16-CV-00004 ) |
| FLUOR ENTERPRISES, INC., ECOA INDUSTRIAL PRODUCTS, INC., ALCOA, INC., and ABP INDUCTION, LLC, | ) ) ) ) |
| Defendants. | ) ) |

## THIRD REPORT OF MEDIATOR

The undersigned mediator in this matter, Douglas J. Hill, conducted negotiations following the last mediation session on February 15, 2019, and this case has been settled.

/s/ *Douglas J. Hill*
Douglas J. Hill (Atty. #7518-49)
*Mediator*

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that a copy of the foregoing has been served by using the Case Management/Electronic Case Filing System ("CM/ECF") and/or by depositing said copy in the United States Mail, First Class, postage prepaid upon the following person(s) as listed below:

Robert W. Johnson - #17391-49
Johnson Jensen, LLP
One Indiana Square, Suite 1640
Indianapolis, IN 46204
317.269.7799 Telephone
rjohnson@johnsonjensen.com

**Counsel for Plaintiffs**

- 2 -

William P. Kealey - #18973-79
Matthew K. Wollin - #32301-79
Stuart & Branigin, LLP
300 Main Street, Suite 900
P.O. Box 1010
Lafayette, IN 47902-1010
765.423.1561 Telephone
wpk@stuartlaw.com
mkw@stuartlaw.com

**Counsel for Defendant Alcoa, Inc. n/k/a Arconic, Inc.**

Scott L. Bunnell - #4092-98
Andrew S. Williams - #23797-02
Hunt Suedhoff Kalamaros, LLP
803 S. Calhoun Street, Ninth Floor
Fort Wayne, IN 46802
260.423.1311 Telephone
sbunnell@hsk-law.com
awilliams@hsk-law.com

**Counsel for Defendant ECOA Industrial Products, Inc.**

Larry G. Evans - #8180-64
Kimberly P. Peil - #29039-45
Hoeppner Wagner & Evans, LLP
103 E. Lincolnway
Valparaiso, IN 46383-5637
219.464.4961 Telephone
levans@hwelaw.com
kpeil@hwelaw.com

**Counsel for Defendant Fluor Enterprises, Inc.**

Michael T. Clarke - #29869-45
Cameron J. Wall - #6317121
Kralovec & Marquard, Chartered
55 West Monroe Street, Suite 100
Chicago, IL 60603
312.346.6027 Telephone
Mike.clark@kraloveclaw.com
Cameron.wall@kraloveclaw.com

**Counsel for Defendant ABP Induction, LLC**

Dated this the 22nd day of April 2019.

/s/ *Douglas J. Hill*
Douglas J. Hill


Douglas J. Hill
HILL KNOTTS & GOLDMAN, LLC
300 N. Meridian Street, Suite 1290
Indianapolis, Indiana 46204
Telephone: (317) 762-2058